**STATE of Missouri, Respondent,**

v.

**Mark SEVIER, Appellant.**

**No. ED 86177.**

Missouri Court of Appeals,
Eastern District,
Division Two.

April 11, 2006.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 18, 2006.

Application for Transfer Denied
June 30, 2006.

Craig Johnston, Asst. Public Defender,
Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Victor J. Melenbrink, Jefferson City, MO,
for respondent.

Before GARY M. GAERTNER, SR.,
P.J., GEORGE W. DRAPER III, J., and
KENNETH M. ROMINES, J.

### *ORDER*

PER CURIAM.

Appellant Mark Sevier ("Seveir") ap-
peals from the decision of the Circuit
Court of Warren County, the Honorable
Keith M. Sutherland presiding, after a
jury found him guilty of one count of Forc-

ible Sodomy, Section 566.060 RSMo. (2000) [1] and one count of Second Degree Statutory Sodomy, Section 566.064. The court sentenced Sevier, as a prior and persistent offender, to consecutive ten-year and five-year sentences.

We have thoroughly reviewed the record and the briefs of the parties, and no error of law appears. Therefore, an opinion would have no precedential value. The parties have been given a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rule 30.25(b).

1. All statutory references are to RSMo. (2000), unless indicated otherwise.